IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 11-cv-01540-WYD-BNB

TAYLOR MOVING, LLC, a Colorado limited liability company,

Plaintiff,

v.

MICHAEL VOIGT, an individual,
OPM ENTERPRISES, INC., d/b/a Pride Worldwide Moving & Storage, d/b/a Boulder Valley Transfer, a Colorado corporation,
TAYLOR MOVING, INC., a Colorado corporation, and
TAYLOR MOVING AND STORAGE, INC., a Colorado corporation,

Defendants.

_____

**ORDER**
_____

The plaintiff and defendant Michael Voight appeared this morning for a scheduling conference. The proposed Scheduling Order was refused because it did not contain any input from the defendants. Consistent with matters discussed at the scheduling conference,

IT IS ORDERED:

(1) The defendants may have to and including **December 2, 2011**, within which to answer or otherwise respond to the Verified Complaint;

(2) A supplemental scheduling conference is set for **January 17, 2012, at 9:30 a.m.**, in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado; and

(3) The parties shall prepare and submit a proposed Scheduling Order on or before **January 10, 2012**.

Dated November 2, 2011.

                                              BY THE COURT:

                                              <u>s/ Boyd N. Boland</u>
                                              United States Magistrate Judge