IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.    11-cv-01540-WYD-BNB

TAYLOR MOVING, LLC, a Colorado Limited Liability Company;

       Plaintiff,

v.

MICHAEL VOIGT, an individual;
OPM Enterprises, Inc. d/b/a Pride Worldwide Moving & Storage, d/b/a Boulder Valley Transfer, a Colorado Corporation;
TAYLOR MOVING, INC., a Colorado Corporation; and
TAYLOR MOVING AND STORAGE, INC., a Colorado Corporation.

       Defendants.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

       In light of Plaintiff's Amended Motion to Dismiss *Defendant's Counterclaims Slander Boulder Valley Transfer, Inc. and Exemplary Damages Boulder Valley Tranfer* [sic] *Inc.* [ECF No. 17], filed December 15, 2011, Plaintiff's Motion to Dismiss [ECF No. 16], filed December 15, 2011, is **DENIED AS MOOT.**

       Dated: December 19, 2011