IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01540-WYD-BNB

TAYLOR MOVING, LLC, a Colorado limited liability company,

Plaintiff,

v.

MICHAEL VOIGT, an individual,
OPM ENTERPRISES, INC., d/b/a Pride Worldwide Moving & Storage, d/b/a Boulder Valley Transfer, a Colorado corporation,
TAYLOR MOVING, INC., a Colorado corporation, and
TAYLOR MOVING AND STORAGE, INC., a Colorado corporation,

Defendants.
_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Defendants' Combined Motions for Permissive Joinder of Boulder Valley Transfer, Inc. and Motion to Amend Counterclaim** [docket no. 31, filed March 5, 2012] (the "Motion").

IT IS ORDERED that the Motion is GRANTED and the tendered Amended Counterclaim [32] is accepted for filing.


DATED:  March 9, 2012