IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE BOYD N. BOLAND**

---

Civil Action:   11-cv-01540-WYD-BNB           Date: July 9, 2012
Courtroom Deputy:   Julie Dynes           FTR BNB COURTROOM A-401

---

Taylor Moving, LLC                                                 Jennifer L. Lorenz
              Plaintiff(s),

v.

Michael Voigt                                                             Peter R. Bornstein
OPM Enterprises, Inc.
Taylor Moving, Inc.
Taylor Moving and Storage, Inc.
Boulder Valley Transfer, Inc.
              Defendant(s).

---

## COURTROOM MINUTES

---

**MOTIONS HEARING**

Court in Session: 9:02 a.m.

Appearance of counsel.

Argument presented on [45] Plaintiff's Motion to Compel Production of Documents Pursuant to Fed. R. Civ .P 37.

**ORDERED:**   Motion is GRANTED. Defendants are to disclose all documents by July 13, 2012. Plaintiff is awarded costs and expenses, including reasonable attorneys' fees, incurred in preparing the Motion. Fee application to be provided to defense by July 20, 2012. If agreement cannot be reached between the parties on fees by July 31, 2012, application is to be submitted to the Court for ruling.

Court in Recess: 9:23 a.m.     Hearing concluded.     Total time in Court: 00:21

---

\* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.