IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.     11-cv-01540-WYD-BNB

TAYLOR MOVING, LLC, a Colorado Limited Liability Company;

  Plaintiff,

v.

MICHAEL VOIGT, an individual;
OPM Enterprises, Inc. d/b/a Pride Worldwide Moving & Storage d/b/a Boulder Valley Transfer, a Colorado Corporation;
TAYLOR MOVING, INC., a Colorado Corporation,
TAYLOR MOVING AND STORAGE, INC., a Colorado Corporation, and
BOULDER VALLEY TRANSFER, INC.,

  Defendants.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

  In light of Defendant's Amended Counterclaim [ECF No. 32], filed March 5, 2012, and Plaintiff's Verified Amended Complaint [ECF No. 41], filed March 27, 2012, which properly added Boulder Valley Transfer, Inc. as a defendant, Plaintiff's Amended Motion to Dismiss Defendants' Counterclaims Slander Boulder Valley Transfer, Inc. and Exemplary Damages, Boulder Valley Transfer, Inc. [ECF No. 17], filed December 15, 2012, is **DENIED AS MOOT.**

  Dated: August 27, 2012