IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE BOYD N. BOLAND**

| | | |
|---|---|---|
| Civil Action: | 11-cv-01540-WYD-BNB | Date: August 29, 2012 |
| Courtroom Deputy: | Julie Dynes | FTR: BNB COURTROOM A-401 |

| *Parties* | *Attorney(s)* |
|---|---|
| TAYLOR MOVING, LLC<br>          **Plaintiff(s)**<br><br>v.<br><br>MICHAEL VOIGT<br>OPM ENTERPRISES, INC<br>TAYLOR MOVING, INC<br>TAYLOR MOVING AND STORAGE, INC<br>BOULDER VALLEY TRANSFER, INC<br>          **Defendant(s)** | *Jennifer L. Lorenz*<br><br><br><br>*Peter R. Bornstein* |

## COURTROOM MINUTES

**MOTIONS HEARING**

Court in Session: 9:34 a.m.

Appearance of counsel.

Argument presented on Defendant Michael Voight's Motion to Compel Interrogatory Answers [57].

**ORDERED:   Motion to Compel Interrogatory Answers [57] is GRANTED. Full and complete answers are to be submitted by September 7, 2012. Request for Attorney Fees and Costs from Defendant and Motion for Attorney Fees [55] from Plaintiff are DENIED.**

Court in Recess: 10:00 a.m.     Hearing concluded.     Total time in Court: 00:26

* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119