IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 11-cv-01540-WYD-BNB

TAYLOR MOVING, LLC, a Colorado limited liability company,

Plaintiff,

v.

MICHAEL VOIGT, an individual,
OPM ENTERPRISES, INC., d/b/a Pride Worldwide Moving & Storage, d/b/a Boulder Valley Transfer, a Colorado corporation,
TAYLOR MOVING, INC., a Colorado corporation,
TAYLOR MOVING AND STORAGE, INC., a Colorado corporation, and
BOULDER VALLEY TRANSFER, INC., a Colorado corporation,

Defendants.
_____

**ORDER**
_____

This matter arises on **Defendant Michael Voigt's Motion to Compel Interrogatory Answers** [Doc. # 57, filed 8/10/2012] (the "Motion to Compel").  I held a hearing on the Motion to Compel this morning and made rulings on the record, which are incorporated here.

IT IS ORDERED that the Motion to Compel [Doc. # 57] is GRANTED IN PART and DENIED IN PART as follows:

•GRANTED to require the plaintiff to answer Interrogatories 1 through 10 fully and completes.  The plaintiff shall provide supplemental discovery responses consistent with this Order and in full compliance with the formalities of the Federal Rules of Civil Procedure on or before **September 7, 2012**; and

•DENIED insofar as it seeks an award of expenses, including attorneys fees, incurred in bringing the motion.

Dated August 29, 2012.

                                                  BY THE COURT:

                                                  s/ Boyd N. Boland
                                                  United States Magistrate Judge