IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 11-cv-01540-WYD-BNB

TAYLOR MOVING, LLC, a Colorado limited liability company,

Plaintiff,

v.

MICHAEL VOIGT, an individual,
OPM ENTERPRISES, INC., d/b/a Pride Worldwide Moving & Storage, d/b/a Boulder Valley Transfer, a Colorado corporation,
TAYLOR MOVING, INC., a Colorado corporation,
TAYLOR MOVING AND STORAGE, INC., a Colorado corporation, and
BOULDER VALLEY TRANSFER, INC., a Colorado corporation,

Defendants.
_____

**ORDER**
_____

This matter arises on **Defendants' Motion for Extension of Time to Pay Attorney Fees and Costs In Connection With Plaintiff's Motion to Compel** [Doc. # 76, filed 10/5/2012] (the "Motion"). I held a hearing on the Motion this morning and made rulings on the record, which are incorporated here. Although the defendants allege the inability to pay the assessed cost and fees award, no evidence has been provided supporting that claim.

IT IS ORDERED:

(1)     The Motion [Doc. # 76] is DENIED; and

(2)     The defendants shall satisfy the award in full on or before **October 19, 2012**.

Dated October 17, 2012.

                                               BY THE COURT:

                                               s/ Boyd N. Boland
                                               United States Magistrate Judge