**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
SENIOR JUDGE WILEY Y. DANIEL**

---

Courtroom Deputy:   Robert R. Keech          Date:   June 5, 2013
E.C.R./Reporter:       Tammy Hoffschildt

---

Civil Action No:  **11-cv-01540-WYD-BNB**          Counsel:

**TAYLOR MOVING, LLC**,                                        Jennifer L. Lorenz

       Plaintiff,

v.

**MICHAEL VOIGHT, et al.**,                                  Peter R. Bornstein

       Defendants.

---

## COURTROOM MINUTES

**MOTIONS HEARING**

**2:38 p.m.**   Court in Session

APPEARANCES OF COUNSEL.

Court's opening remarks and review of the history of the case.

2:40 p.m.   Statement by Defendants regarding all counterclaims being withdrawn (Mr. Bornstein).

**ORDERED:**   Amended counterclaims are hereby **DISMISSED.**

**ORDERED:**   Plaintiff's Motion for Summary Judgment [ECF Doc. No. 103], filed March 25, 2013, is **DENIED AS MOOT.**

Defendants' Motion for Summary Judgment [ECF Doc. No. 102], filed March 25, 2013, is raised for argument.

| | |
|---|---|
| 2:46 p.m. | Argument by Defendants (Mr. Bornstein). |
| 2:59 p.m. | Argument by Plaintiff (Ms. Lorenz). |
| 3:39 p.m. | Argument by Defendants (Mr. Bornstein). |
| 3:51 p.m. | Argument by Plaintiff (Ms. Lorenz). |
| 3:54 p.m. | Argument by Defendants (Mr. Bornstein). |
| 3:54 p.m. | Argument by Plaintiff (Ms. Lorenz). |
| 3:54 p.m. | Statement by Andrew Miller. |
| 3:56 p.m. | Argument by Plaintiff (Ms. Lorenz). |
| 3:58 p.m. | Argument by Defendants (Mr. Bornstein). |
| 3:59 p.m. | Argument by Plaintiff (Ms. Lorenz). |
| **ORDERED:** | Defendants' Motion for Summary Judgment [ECF Doc. No. 102], filed March 25, 2013, is **TAKEN UNDER ADVISEMENT.** |
| **4:00 p.m.** | Court in Recess - HEARING CONCLUDED. |

**TOTAL TIME:   1:22**