IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No. 11-cv-01540-WYD-BNB

TAYLOR MOVING, LLC, a Colorado limited liability company,

    Plaintiff,

v.

MICHAEL VOIGT, an individual;
OPM ENTERPRISES, INC., d/b/a Pride Worldwide Moving & Storage, d/b/a Boulder Valley Transfer, a Colorado corporation;
TAYLOR MOVING, INC., a Colorado corporation;
TAYLOR MOVING AND STORAGE, INC., a Colorado corporation; and,
BOULDER VALLEY TRANSFER, INC., a Colorado corporation,

    Defendants.
_____

**ORDER**
_____

THIS MATTER is before the Court as a result of issues raised at the Final Trial Preparation Conference held on Tuesday, August 6, 2013.

During the Final Trial Preparation Conference, I alerted both parties that a scheduling conflict exists regarding trial. A six-day jury trial is set to commence on Monday, August 19, 2013. However, a seven-day jury trial in a criminal case is set to commence on that same day. Due to issues related to the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, which I explained to both parties during the conference, the criminal case takes priority over this case. The parties agreed to an alternative date for a Final Trial Preparation Conference as well as a new date to commence the six-day jury trial. Accordingly, it is

- 2 -

ORDERED that the six-day jury trial set to commence on Monday, August 19, 2013, is **VACATED** and **CONTINUED to Monday**, **October 28**, **2013**.  It is

FURTHER ORDERED that a Final Trial Preparation Conference is set for **Tuesday**, **October 15**, **2013**, **at 4:00 p.m. in Courtroom A-1002**.  It is

FURTHER ORDERED that Taylor Moving, LLC, **shall respond to the defendants' Motion In Limine Precluding Expert Witness Testimony On The Issue Of Damages [ECF No. 125] on or before Wednesday**, **August 21**, **2013**.  It is

FURTHER ORDERED that the parties **shall meet and confer regarding jury instructions and submit a new set of stipulated jury instructions that *inter alia*, contain instructions on substantive matters *i.e.*, elements of Taylor Moving, LLC's, claims**, **including claims brought under the Racketeer Influenced and Corrupt Organization Act, 18 U.S.C. § 1961, *et seq*. The new set of stipulated instructions shall be filed in accordance with my PRACTICE STANDARDS.**[1]

Prior to the conclusion of the conference, Taylor Moving, LLC, requested that I order the parties to engage in a settlement conference.  The defendants did not object.  Therefore, it is

FURTHER ORDERED that the parties **shall jointly contact Magistrate Judge Boland's chambers on or before Friday, August 9, 2013, to set a settlement conference at Magistrate Judge Boland's earliest convenience.  On or before the third day after the settlement conference, the parties shall file a Joint Status Report apprising the Court of the status of settlement negotiations and the likelihood of settlement**.

---

[1] My PRACTICE STANDARDS are available for viewing at
http://www.cod.uscourts.gov/Portals/0/Documents/Judges/WYD/wyd_2011-Revised-Practice-Standards.pdf.

- 3 -

Dated:  August 7, 2013.

BY THE COURT:

/s/ Wiley Y. Daniel
Wiley Y. Daniel
Senior U. S. District Judge