IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No. 11-cv-01540-WYD-BNB

TAYLOR MOVING, LLC, a Colorado limited liability company,

    Plaintiff,

v.

MICHAEL VOIGT, an individual;
OPM ENTERPRISES, INC., d/b/a Pride Worldwide Moving & Storage, d/b/a Boulder Valley Transfer, a Colorado corporation;
TAYLOR MOVING, INC., a Colorado corporation;
TAYLOR MOVING AND STORAGE, INC., a Colorado corporation; and,
BOULDER VALLEY TRANSFER, INC., a Colorado corporation,

    Defendants.
_____

## **AMENDED ORDER**
_____

    It is

    ORDERED that my August 7, 2013, Order [ECF No. 133] is **AMENDED** to reflect that Taylor Moving, LLC, **shall respond to the defendants' Motion In Limine Precluding Expert Witness Testimony On The Issue Of Damages [ECF No. 125] on or before Tuesday, August 13, 2013**.

    Dated:  August 8, 2013.

                                                BY THE COURT:

                                               /s/ Wiley Y. Daniel
                                               Wiley Y. Daniel
                                               Senior U. S. District Judge