IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 11-cv-01540-WYD-BNB

TAYLOR MOVING, LLC, a Colorado limited liability company,

Plaintiff,

v.

MICHAEL VOIGT, an individual,
OPM ENTERPRISES, INC., d/b/a Pride Worldwide Moving & Storage, d/b/a Boulder Valley Transfer, a Colorado corporation,
TAYLOR MOVING, INC., a Colorado corporation,
TAYLOR MOVING AND STORAGE, INC., a Colorado corporation, and
BOULDER VALLEY TRANSFER, INC., a Colorado corporation,

Defendants.
_____

**ORDER**
_____

After review of the parties' confidential settlement statements, it is obvious that a settlement conference would be a waste of resources. I do not vacate the settlement conference lightly, since it was ordered by the district judge based on the plaintiff's request and the fact that "[t]he defendants did not object." Order [Doc. # 133] at p. 2. The confidential settlement statements, however, disclose that there is no possibility that a settlement conference would be successful or would lead to meaningful settlement discussions between the parties.

IT IS ORDERED that the settlement conference set for September 26, 2013, at 1:30 p.m., is VACATED.

Dated September 23, 2013.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge