**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
SENIOR JUDGE WILEY Y. DANIEL**

| | |
|---|---|
| Courtroom Deputy:  Robert R. Keech | Date:  October 15, 2013 |
| E.C.R./Reporter:   Mary George | |

Civil Action No:  **11-cv-01540-WYD-BNB**          Counsel:

**TAYLOR MOVING, LLC**,                                         Jennifer L. Lorenz

   Plaintiff,

v.

**MICHAEL VOIGT, et al.**,                                        Peter R. Bornstein

   Defendants.

**COURTROOM MINUTES**

**TRIAL PREPARATION CONFERENCE**

**4:11 p.m.**     Court in Session

           APPEARANCES OF COUNSEL.

           Court's opening remarks.

4:12 p.m.     Discussion regarding jury instructions submitted by the parties.

**ORDERED:** Counsel shall meet and confer and submit revised jury instructions not later than **Wednesday, October 23, 2013, at 12:00 noon.**

4:24 p.m.     Discussion regarding issues related to expert witnesses.

**ORDERED:** Defendant's Motion in Limine Precluding Expert Witness Testimony on the Issue of Damages [ECF Doc. No. 125], filed July 26, 2013, is **DEFERRED.**

| | |
|---|---|
| **ORDERED:** | Plaintiff's Motion in Limine Excluding Expert Witness Testimony [ECF Doc. No. 140], filed September 16, 2013, is **DEFERRED.** |
| **ORDERED:** | Counsel shall not specifically make any mention regarding the experts' testimony to be elicited during trial in their opening statements. |
| 4:40 p.m. | Discussion regarding witness lists, exhibit lists, and Defendants' Objection to Plaintiff's Witness Ralph Bailey [ECF Doc. No. 130], filed August 1, 2013. |
| **ORDERED:** | Plaintiff will not be allowed to call Ralph Bailey in its case-in-chief. |
| 4:47 p.m. | Court outlines procedures for jury selection, joint statement of the case jury instruction, and opening statements. |
| **ORDERED:** | Parties shall submit a stipulated joint statement of the case jury instruction not later than **Wednesday, October 23, 2013, at 12:00 noon.** |
| **ORDERED:** | Opening statements shall not exceed **twenty-five (25) minutes per side.** |
| 4:53 p.m. | Discussion regarding exhibits and the use of the Jury Evidence Recording System (JERS). |
| **4:59 p.m.** | Court in Recess - HEARING CONCLUDED. |

**TOTAL TIME:   :48**