IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   11-cv-01540-WYD-BNB

TAYLOR MOVING, LLC, a Colorado limited liability company,

    Plaintiff,

v.

MICHAEL VOIGT, and individual;
OPM ENTERPRISES., d/b/a Pride Worldwide Moving & Storage, d/b/a Boulder
    Valley Transfer, a Colorado corporation;
TAYLOR MOVING, INC., a Colorado corporation;
TAYLOR MOVING AND STORAGE, INC., a Colorado corporation; and,
BOULDER VALLEY TRANSFER, INC., a Colorado corporation,

    Defendants.

## ORDER

    THIS MATTER is before the Court on the parties' Stipulation For Dismissal With Prejudice [ECF No. 154], filed on November 13, 2013.  After carefully reviewing the above-captioned case, I find that the stipulation should be approved and this case should be dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the FEDERAL RULES of CIVIL PROCEDURE.  Accordingly, it is

    ORDERED that the parties' Stipulation For Dismissal With Prejudice [ECF No. 154] is **GRANTED** and this matter is **DISMISSED WITH PREJUDICE**.  Each party bears its own attorney fees and costs.

    DATED:  November 18, 2013.

BY THE COURT:

/s/ Wiley Y. Daniel
Wiley Y. Daniel
Senior U.S. District Judge